UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANTHONY A. JACKSON, et al.,
    Plaintiffs,

v.   Case No. 8:25-cv-3537-KKM-CPT

STEPHEN WHYTE, et al.,
    Defendants.
_____

**ORDER**

Jackson and three other pretrial detainees in the Manatee County Jail initiated this action by jointly filing a pro se civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) Plaintiffs also move for leave to proceed in forma pauperis, (Doc. 2), and for class action status, (Doc. 3). The four Plaintiffs name as Defendants two assistant public defenders, a private attorney, and the judges of the 12th Judicial Circuit Court. They assert unrelated complaints about their state criminal prosecutions.

The Complaint must be dismissed. Plaintiffs may not join together in a single civil rights suit to share the filing fee. In considering whether the Prison Litigation Reform Act (PLRA) allows multi-plaintiff, in forma pauperis, civil actions, the Eleventh Circuit has concluded that "the plain language of the PLRA requires that each prisoner proceeding IFP pay the full filing fee[.]" *Hubbard v. Haley*, 262 F.3d 1194, 1198 (11th Cir. 2001).

1

Further, it would be error to allow Plaintiffs, who are pro se pretrial detainees, to proceed jointly. *See Wallace v. Smith*, 145 F. App'x 300, 302 (11th Cir. 2005) ("[I]t is plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action." (quoting *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975)); *see also Johnson v. Brown*, 581 F. App'x 777, 781 (11th Cir. 2014) (stating that a pro se prisoner litigant cannot bring an action on behalf of other prisoners); *Bass v. Benton*, 408 F. App'x 298, 299 (11th Cir. 2011) (stating plaintiff, a pro se prisoner, could not seek relief on behalf of fellow inmates nor represent them in a class action suit).

Accordingly, it is **ORDERED** that the Complaint, (Doc. 1), is **DISMISSED without prejudice** to each Plaintiff filing a new complaint in a new case under a new case number, solely on his own behalf. The motions for leave to proceed in forma pauperis, (Doc. 2), and for class action status, (Doc. 3), are **DENIED as moot**. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on January 14, 2026.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge